Opinion issued September 4, 2003













In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-03-00821-CR

 01-03-00822-CR

____________


SANTOS IVAN CASTRO, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause Nos. 900235 and 942370






MEMORANDUM OPINION

 We are without jurisdiction to entertain the above-referenced appeals. 
Appellant was sentenced in these cases on June 13, 2003. No motion for new trial
was filed. The deadline for filing notice of appeal was therefore Monday, July 14,
2003, because the thirtieth day after sentencing fell on a weekend. Tex. R. App. P.
4.1(a), 26.2(a)(1).

 Notice of appeal was deposited in the mail on July 30, 2003, according to
the postmark on the copy of the envelope included in the clerk's records. Because the
notice of appeal was mailed after the filing deadline, it did not comply with Rule 9.2
of the Texas Rules of Appellate Procedure, the "mailbox rule." See Tex. R. App. P.
9.2(b).

 We therefore dismiss the appeals for lack of jurisdiction. Slaton v. State,
981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).